# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO ARTURO MENDEZ TUCUBAL, *individually and on behalf of others similarly situated*, <br><br> *Plaintiff,* <br><br> -against- <br><br> MK 32 RESTAURANT CORP. (D/B/A THE KUNJIP), MYOUNGA RESTAURANT, INC. (D/B/A THE KUNJIP), HAI HWA PAK, and CHUNG HO, <br><br> *Defendants.* | Index No. 18-cv-01442 <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

Haleigh Amant, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as she is moving out of state and therefore her last day with the law firm of Michael Faillace & Associates, P.C. is Monday, February 11, 2019.

Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the Plaintiff respectfully request that this Court permit Haleigh Amant to withdraw as counsel for the Plaintiff in this matter.

Dated: New York, New York
      February 8, 2019

Respectfully submitted,

*/s/ Haleigh Amant*
Haleigh Amant, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*